No. 94–8990. NAYLOR, AKA WRIGHT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8996. MCCUNE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–8997. LOEB *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–9000. CHAPEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9001. PERRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9005. DEVON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9006. DURAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9007. GALLIGAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9008. HOPKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9012. COATS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9015. MALCOLM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–1585. KANOIVICKI ET AL. *v.* GREEN ET AL. Ct. App. Tenn. Motion of respondents for award of damages and double costs denied. Certiorari denied.

No. 93–1677. OKLAHOMA TAX COMMISSION *v.* JEFFERSON LINES, INC., *ante*, p. 175;

No. 94–1352. HENNESSEY ET AL. *v.* BLALACK ET AL., *ante*, p. 1050;

No. 94–1365. DE LUCA *v.* UNITED NATIONS ORGANIZATION ET AL., *ante*, p. 1051;

No. 94–1366. MURRAY *v.* MCINTYRE ET AL., *ante*, p. 1051;

No. 94–8038.   PETERSON *v.* HADDAD, *ante,* p. 1054; and

No. 94–8272.   GARDNER *v.* UNITED STATES, *ante,* p. 1044.   Petitions for rehearing denied.

## MAY 23, 1995

No. 94–8635.   LANDAU *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.   C. A. 3d Cir.   Certiorari dismissed under this Court's Rule 46.

## MAY 25, 1995

No. 94–9415 (A–902).   TURNER *v.* JABE, WARDEN.   C. A. 4th Cir.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE STEVENS would grant the application for stay of execution.